IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO ARANDA,

    Petitioner,                      No. CIV S-08-1232 FCD DAD P

    vs.

JOHN DOVEY, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se. On April 27, 2009, the court summarily dismissed the action because it plainly appeared from the face of the petition that petitioner was not entitled to relief pursuant to 28 U.S.C. § 2254. Petitioner has filed an appeal which has been processed and forwarded to the U.S. Court of Appeals for the Ninth Circuit. On June 2, 2009, petitioner filed a document styled, "Request For Excerpts Of Record," in which petitioner requests that the Clerk of the Court "provide petitioner with the documents comprising the excerpts of record in this case." (Req. at 1.)

        Under Ninth Circuit Rule 30-1.2, appellants and appellees proceeding without counsel are not required to file excerpts, supplemental excerpts and further excerpts of record

/////

/////

1

1  described in that rule.[1]  Accordingly, petitioner's request for excerpts of record (Doc. No. 11) is
2  denied.
3  DATED: June 24, 2009.

                                                                                       */s/ Dale A. Drozd*
                                                                                       DALE A. DROZD
                                                                                       UNITED STATES MAGISTRATE JUDGE

DAD:4
aran1232.rec

---

[1] Petitioner is also advised that pursuant to Rule 10 of the Federal Rules of Appellate Procedure, all of the original papers and exhibits filed with the court in this case constitute the record on appeal. The record will be transmitted to the Ninth Circuit upon their direction.

2